Case 2:18-cv-00421   Document 116   Filed on 04/22/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 22, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| WILLIAM ROGERS § | |
| § | |
| Plaintiff § | |
| VS. § | CIVIL NO. 2:18-CV-421 |
| § | |
| ISAAC KWARTENG, *et al*, § | |
| § | |
| Defendants § | |

# ORDER

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 35; and Plaintiff's Objections to the M&R, Dkt. No. 39.

After independently reviewing the record and applicable law, the court **ADOPTS** the M&R, Dkt. No. 35. The Court **DISMISSES WITH PREJUDICE** Plaintiff's claims against UTMB as barred by the Eleventh Amendment. The Court **DISMISSES** Plaintiff's claims against Defendants Susanna Corbett and M. Goyel for failure to state a claim and/or as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

Plaintiff's Eighth Amendment deliberate indifference claims seeking injunctive relief against Dr. Isaac Kwarteng and John Doe Medical Director[1] are **RETAINED**.

SIGNED this 22 day of April 2021.

Hilda Tagle
Senior United States District Judge

---

[1] Defendants have established that the individual identified as John Doe Medical Director is Defendant Brian Michael O'Donnell. *See* Dkt. No. 57 at fn. 1.